JAMES M. DONOHUE, as Receiver of HYDRAULIC PROPERTIES COMPANY, Appellant, *v.* CITY WATER POWER COMPANY et al., Respondents, Impleaded with Others.

*Donohue* v. *City Water Power Co.*, 166 App. Div. 599, affirmed.
(Argued December 4, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 26, 1915, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action by the receiver of an insolvent domestic corporation to impress a trust on assets of said corporation alleged to be in the hands of the defendants.

*George H. D. Foster, Lemuel E. Quigg* and *Wendell P. McKown* for appellant.

*Morgan M. Mann* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.